Law Offices
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
(212) 309-6000
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MING CHUNG, | |
| Plaintiff, | **1:16 cv 00474 (LTS)** |
| -against- | |
| JPMORGAN CHASE BANK, | |
| Defendant. | |

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant JPMorgan Chase Bank, N.A. hereby discloses that:

1. The parent company of JPMorgan Chase Bank, N.A. is JPMorgan Chase & Co.

2. JPMorgan Chase & Co. is a publicly held company whose shares are traded on the New York Stock Exchange. JPMorgan Chase & Co. has no parent company and no publicly held-company owns more than 10% of JPMorgan Chase & Co.'s shares.

Dated: New York, New York  
      March 17, 2016

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By:   /s/ Melissa C. Rodriguez  
       Melissa C. Rodriguez

101 Park Avenue  
New York, NY 10178  
Tel.: (212) 309-6000  
Fax: (212) 309-6001

Attorneys for Defendant

# **CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served by ECF a true and correct copy of the foregoing Rule 7.1 Corporate Disclosure Statement on this 17th day of March, 2016, on:

Walker G. Harman
Owen H. Laird
The Harman Law Firm, LLP
220 Fifth Avenue, Suite 900
New York, NY 10001
*Attorneys for Plaintiff*

I certify that the foregoing statements are true, under penalty of perjury.

    /s/ Melissa C. Rodriguez_____
Melissa C. Rodriguez